RECEIVED
IN LAKE CHARLES, LA
MAY 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ADDIE HOLMES | : | DOCKET NO. 03-2320 |
| VS. | : | JUDGE TRIMBLE |
| ATLANTIC SOUNDING CO., INC., ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF REMAND

Counsel agree that this matter should be remanded to state court (*See*, Doc. # 48). Accordingly,

IT IS ORDERED that this matter be, and it is hereby REMANDED to the 38th Judicial District Court for the Parish of Cameron, State of Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this judgment, and forward the same to the Clerk of the 38th Judicial District Court for the Parish of Cameron, State of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24th day of May, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE